**Douglas J. DODSON, Jr., Petitioner—Appellant,**

v.

**B.A. BLEDSOE, Warden, Respondent—Appellee.**

No. 06–6781.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2006.

Decided: July 14, 2006.

Douglas J. Dodson, Jr., Appellant Pro Se.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas J. Dodson, Jr., a federal prisoner, appeals the district court's orders de- nying relief on his 28 U.S.C. § 2241 (2000) petition and denying his motion for recon- sideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dodson v. Bledsoe,* No. 7:06–cv–00067–sgw (W.D.Va. Jan. 26, 2006, and Feb. 14, 2006). We dispense with oral argument because the facts and legal con- tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*